**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  GIANNASCA, ANTHONY U.<br>SSN: xxx-xx-9394<br>                                  Debtor(s) | Chapter 13<br>Case No. 21-11378-FJB |

**TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTIONS**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to the Debtor's Exemptions, and for reasons says as follows:

1. The Debtor commenced this case by filing a petition for bankruptcy relief on September 24, 2021.
2. On October 26, 2021, the Trustee convened and presided at a §341 Meeting of Creditors wherein the Debtor appeared was sworn and examined.
3. The Debtor filed the Schedules on October 22, 2021. The Trustee objects to exemptions listed on the Debtor's Schedule C. The Debtor has claimed exemption(s) of '*100.0% of fair market value, up to any applicable statutory limit*' exemption under MGLA c. 235 sec. 34 for multiple assets. The Trustee asserts that there is a dollar limit to the amount that may be claimed as exempt depending on the specific exemption the Debtor intends to claim and by claiming 100.0% up to the statutory limit could result in exceeding the amount available under the exemption. Additionally, the Debtor claimed exemption under MGLA c. 235 sec. 34, but failed to list the specific exemption(s) they intended to use.

WHEREFORE, the Trustee requests that the Court sustain the Trustee's objection to Debtor's Exemptions.

Dated: October 28, 2021                    Respectfully submitted,

                                           Carolyn A. Bankowski
                                           Standing Chapter 13 Trustee
                                           By: **/s/ Carolyn A. Bankowski**
                                           Carolyn A. Bankowski, BBO#631056
                                           Office of the Chapter 13 Trustee
                                           PO Box 8250
                                           Boston, MA  02114-0033
                                           (617) 723-1313
                                           13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re: GIANNASCA, ANTHONY U.**<br>SSN: xxx-xx-9394<br>**Debtor(s)** | **Chapter 13**<br>**Case No. 21-11378-FJB** |

### Certificate of Service

The undersigned hereby certifies that on <u>October 28, 2021</u>, a copy of the Trustee's Objection to Debtors' Exemption was served by first class mail, postage prepaid on the debtor and debtor's counsel, or by electronic notice at the addresses set forth below.

Anthony U. Giannasca
9 Joseph Street
Medford, MA 02155

By: **/s/ Carolyn A. Bankowski**
Carolyn A. Bankowski